UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:21-CV-00174-GNS-LLK

N. EVANS on behalf of T.E., a minor                                         PLAINTIFF

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security                     DEFENDANT

## ORDER

The above matter having been referred to the U.S. Magistrate Judge who has filed Report and Recommendation (DN 25), no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation (DN 25) as set forth in the report submitted by the U.S. Magistrate Judge, and judgment is **GRANTED** for the Commissioner. The Clerk shall strike this matter from the active docket.

This is a final and appealable Order and there is no just cause for delay.

Greg N. Stivers, Chief Judge
United States District Court

October 17, 2022

cc:     counsel of record